AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**OPREA, IOAN** and<br>**MORALES-RAMIREZ, CARLOS DANIEL,**<br><br>**Defendants** | Case No.   8:25-mj-286 (MJK) |

U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
**Sep 15 - 2025**
John M. Domurad, Clerk

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of September 13, 2025, in the county of Clinton in the Northern District of New York, the defendants violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1325(a)(2) | The defendants, aliens and citizens of Romania and Mexico, respectively, unlawfully eluded examination and inspection by Immigration officials by entering the United States at a place not authorized for the entrance of immigrants. |

This criminal complaint is based on these facts:

☒   Continued on the attached sheet.

_____
*Complainant's signature*

Asta M. Amar, Border Patrol Agent
*Printed name and title*

Attested to be the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:  September 15th, 2025

_____
Digitally signed by Mitchell J Katz
Date: 2025.09.15 11:19:19 -04'00'
*Judge's signature*

City and State:   Syracuse, NY          Hon. Mitchell J. Katz, U.S. Magistrate Judge

*United States of America v.* OPREA IOAN, MORALES-RAMIREZ CARLOS DANIEL

On September 13, 2025, at approximately 5:30 p.m., Swanton Sector Communications (KAD 640) notified Champlain Border Patrol Agents they had received a concerned citizen call stating two individuals came out of the woods and entered a white Nissan Rogue with New York license plates, on Bush Road in Mooers Forks, New York. This remote area is approximately half a mile from the United States/ Canada International Boundary. Due to its proximity to the international boundary and its remoteness, this area is frequently exploited by people attempting to enter the United States illegally.

Agents responded to the intersection of Route 190 and Route 374 in Plattsburgh, New York, expecting to see the vehicle. This area is a common route for people trying to leave the United States Border and get onto Interstate 87 to travel farther south into the United States and elude detection. Soon after, agents spotted a white Nissan Rogue with New York plates. Agents also noticed two individuals in the back seat as the vehicle was heading southbound near the intersection of Route 190 and Route 374. Agents began following the white Nissan Rogue and performed a vehicle stop on Route 190.

Agents approached the vehicle, identified themselves as United States Border Patrol Agents, and asked the vehicle occupants of what country they were citizens. The driver claimed to be a United States Citizen. The two passengers, later identified as IOAN OPREA and CARLOS DANIEL MORALES-RAMIREZ, stated they were citizens of Romania and Mexico, respectively. Both OPREA and MORALES-RAMIREZ admitted to crossing the border illegally and did not have any documents allowing them to be in the United States legally. The driver, OPREA and MORALES-RAMIREZ were transported to the Champlain Border Patrol Station for further investigation.

At the station, the subjects' biographical information and fingerprints were entered into Department of Homeland Security databases. It was revealed that OPREA is a citizen of Romania and MORALES-RAMIREZ is a citizen of Mexico and neither of them had any previous immigration or criminal history within the United States. Record checks further revealed that neither OPREA nor MORALES-RAMIREZ possessed any immigration documentation to be within the United States legally.

OPREA is a citizen of Romania, and all citizens of Romania are required to apply for a visa or other immigration documents before entering the United States. MORALES-RAMIREZ is citizen of Mexico and Mexico citizens are also required to either possess valid immigration documents and or apply for a visa prior to entering the United States. Both subjects illegally entered the United States at a place not designated as a port of entry and therefore they were not inspected nor admitted into the United States. Had OPREA and MORALES-RAMIREZ presented themselves for inspection they would not have been admitted because they had not previously applied for a visa to enter the United States.